IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

**Enrique Rangel,**
*Plaintiff,*
v.
**Valley Strong Credit Union,**
*Defendant.*



EDCV25-01845 - SSS (ASx)

## CIVIL COMPLAINT

**For Securities Fraud and Unauthorized Administration of Estate**

### I. JURISDICTION AND VENUE
1. This Court has jurisdiction pursuant to **15 U.S.C. § 78j(b)** and **Rule 10b-5** of the **Securities Exchange Act of 1934**, which prohibits fraudulent practices in connection with the purchase or sale of securities.
2. Venue is proper in this District under **28 U.S.C. § 1391(b)** because the Defendant operates and conducts business within this jurisdiction, and the acts and omissions giving rise to this Complaint occurred in this District.

### II. PARTIES
3. **Plaintiff**, Enrique Rangel, is a living man and the private beneficiary of his estate and trust, domiciled within the jurisdiction of this Court.
4. **Defendant**, Valley Strong Credit Union, is a financial institution and credit union organized under the laws of California and doing business in this District.

### III. FACTUAL ALLEGATIONS
5. Plaintiff entered into a financial transaction involving an **RV loan** with the Defendant.
6. Defendant failed to disclose that the loan contract would be **securitized**, assigned a **CUSIP number**, and sold on securities markets for profit.
7. The Defendant used the Plaintiff's name, signature, and estate as the basis to create, monetize, and trade securities instruments.
8. At no time did the Plaintiff give informed consent, nor was he notified of the commercial intent or trust/fiduciary relationship imposed by the Defendant.
9. These acts constitute both a **commercial conversion** of private credit and an **unauthorized administration of Plaintiff's estate or trust**.

## III. CLAIM OF INTEREST

I hereby claim and reserve my **equitable and beneficial interest** in any and all such instruments and/or proceeds generated from this process, including but not limited to:
- Mortgage-backed securities (MBS)
- Asset-backed securities (ABS)
- Trust certificates
- CUSIP-identified instruments
- Investment funds or equity derived from the same

---

## IV. DEMAND FOR ACCOUNTING

You are hereby **demanded to produce** the following within **thirty (30) days** of receipt of this Notice:
1. Full and complete **accounting records** of all financial activity related to my RV loan;
2. The **name and structure** of any trust(s) or pool(s) that contain or reference my loan;
3. Any **CUSIP or security identifier** associated with my loan;
4. Disclosure of **all parties profiting** or benefiting from the sale, pledge, or use of the instrument;
5. A formal response acknowledging this claim and identifying whether the proceeds remain under your administration or were transferred.

---

## V. NOTICE TO PRINCIPAL IS NOTICE TO AGENT

This Notice is provided in good faith. Failure to respond will be construed as a **tacit agreement and default**, subject to administrative lien, lawful estoppel, and further legal action. You are advised that I reserve all rights, remedies, and defenses under **common law**, **equity**, and the **Uniform Commercial Code**.

---

**Executed by:**

By: _____

**Enrique Rangel**
Living Man, Beneficiary of the Private Estate

# AFFIDAVIT OF FACT

**By Enrique Rangel**

Regarding: Unauthorized Securitization and Administration of Estate by Valley Strong Credit Union

---

**I, Enrique Rangel**, a living man, sui juris, competent to testify and having firsthand knowledge of the facts stated herein, hereby declare, affirm, and state the following under penalty of perjury:

---

## I. DECLARATION OF STATUS
1. I am a living man, not a corporate entity or transmitting utility.
2. I am the sole, rightful **beneficiary** and **equitable title holder** of my name, estate, and any trust(s) arising therefrom.
3. I do not consent to any third-party administration, securitization, monetization, or commercial use of my name, signature, credit, or private estate.

---

## II. LOAN TRANSACTION AND DISCOVERY
4. I entered into a loan agreement with **Valley Strong Credit Union** for the purchase of a recreational vehicle (RV).
5. Said loan agreement was executed under the assumption that it was a private contract for personal financing and not intended for securitization or investment purposes.
6. Upon further investigation, I discovered that the loan was assigned, pledged, or sold into a trust, fund, or investment vehicle, and may have been given a **CUSIP number**, thereby converting it into a **security instrument**.
7. I was not made aware of this securitization process, nor was I given an opportunity to consent, negotiate, or benefit from it.
8. No disclosure was provided informing me that the promissory note or loan contract would be converted into an asset and traded in the financial markets.

---

## III. CLAIM OF RIGHT AND INTEREST

9. I assert a **secured, equitable, and beneficial interest** in all instruments, certificates, securities, and proceeds arising from the unauthorized use of my estate, signature, and credit.
10. I claim that the use of my private information to generate profits, securities, or obligations without my knowing and informed consent constitutes **unauthorized administration of my estate** and a violation of fiduciary duty.
11. I reserve all rights, titles, and interests in the financial instruments and proceeds created as a result of this unauthorized activity.
12. I demand a full **accounting and disclosure** of all transactions related to the securitization, sale, or transfer of my loan or credit instruments.

## IV. NOTICE AND DEMAND

13. This affidavit serves as **formal notice** to all parties involved that I do not consent to the unlawful or undisclosed conversion of my loan into a security.
14. I demand **immediate cessation** of any and all unauthorized uses of my name, credit, or estate for financial gain or trust activities without full disclosure and written consent.
15. I retain all rights to pursue civil and equitable remedies, including but not limited to legal action, lien claims, and administrative processes.

## V. AFFIRMATION

I, Enrique Rangel, declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and complete to the best of my knowledge and belief.

**Executed on this** 14 **day of** July, 2025.

At: 756 Laurel Avenue  Arvin, California

By: _____

**Enrique Rangel**
Affiant, Pro Se

# NOTICE OF CLAIM FOR SECURITIZED LOAN INSTRUMENTS AND ESTATE INTEREST

**By: Enrique Rangel**
**To: Valley Strong Credit Union**

—

**Date:** 07-13-2025
**From:** Enrique Rangel, Private American National, and Beneficiary of the Private Estate
**To:** Valley Strong Credit Union
**Subject:** Notice of Claim – Securitized Loan Instruments and Unauthorized Administration of Estate

—

## I. NOTICE AND DEMAND

You are hereby noticed that I, **Enrique Rangel**, the living man and **secured party beneficiary** of my estate and legal name, assert a claim of right, title, and interest in and to all financial instruments, securities, and related proceeds derived from the **RV loan** originally issued to me by **Valley Strong Credit Union**.

Said loan, signed under presumed contract, has been **securitized** without full disclosure or my written consent, and potentially assigned a **CUSIP number** or traded in financial markets for profit. Such securitization represents a **conversion of private credit into a marketable security** and constitutes **commercial use of trust property** without authorization from the living principal or estate beneficiary.

—

## II. FACTUAL BASIS

1. I have reason to believe and do hereby allege that my RV loan agreement was unlawfully assigned, pooled, or otherwise monetized into a **trust, bond, certificate,** or other **securitized investment instrument**.
2. At no time was I made aware of this conversion; nor was I offered compensation, trust disclosures, or investment options in accordance with **fiduciary obligations** under law.
3. Any proceeds derived from the use of my signature, legal name, or estate assets for financial gain were obtained through **constructive fraud**, breach of contract, and unauthorized fiduciary administration.

—

### III. CLAIM OF INTEREST

I hereby claim and reserve my **equitable and beneficial interest** in any and all such instruments and/or proceeds generated from this process, including but not limited to:
- Mortgage-backed securities (MBS)
- Asset-backed securities (ABS)
- Trust certificates
- CUSIP-identified instruments
- Investment funds or equity derived from the same

---

### IV. DEMAND FOR ACCOUNTING

You are hereby **demanded to produce** the following within **thirty (30) days** of receipt of this Notice:
1. Full and complete **accounting records** of all financial activity related to my RV loan;
2. The **name and structure** of any trust(s) or pool(s) that contain or reference my loan;
3. Any **CUSIP or security identifier** associated with my loan;
4. Disclosure of **all parties profiting** or benefiting from the sale, pledge, or use of the instrument;
5. A formal response acknowledging this claim and identifying whether the proceeds remain under your administration or were transferred.

---

### V. NOTICE TO PRINCIPAL IS NOTICE TO AGENT

This Notice is provided in good faith. Failure to respond will be construed as a **tacit agreement and default**, subject to administrative lien, lawful estoppel, and further legal action. You are advised that I reserve all rights, remedies, and defenses under **common law**, **equity**, and the **Uniform Commercial Code**.

---

**Executed by:**

By:_____

**Enrique Rangel**
Living Man, Beneficiary of the Private Estate

# CERTIFICATE OF SERVICE

**By: Enrique Rangel**
**To: Valley Strong Credit Union**

---

**I, Enrique Rangel**, hereby certify under penalty of perjury that on the date set forth below, I served a true and correct copy of the following documents:
• Civil Complaint
• Affidavit of Fact
• Notice of Claim for Securitized Instruments
• Civil Cover Sheet (JS 44)
• Cover Letter to the Clerk of Court

on the Defendant:

**Valley Strong Credit Union**
550 N. Brand Blvd, Suite 550
Glendale, Ca 91203

by placing the documents in a sealed envelope with **postage prepaid**, via **Certified Mail with return receipt requested**, and depositing them with the **United States Postal Service** at:
550 N. Brand Blvd, suite 550
Glendale, Ca 91203

---

**Executed on: 07-14-2025**

**Location: Arvin, California**

By: _____

**Enrique Rangel**
Pro Se Plaintiff

Enrique Rangel
c/o 756 Laurel Avenue
Arvin, CA [93203]

**RETURN RECEIPT REQUESTED**



RECEIVED
CLERK U.S. DISTRICT COURT
JUL 17 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

9589 0710 5270 2100 8872 05

CERTIFIED MAIL

U.S. District Courthouse
Central District Eastern Division
Riverside Courthouse
3470 Twelfth Street
Riverside CA 92501

Retail
RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ARVIN, CA 93203
JUL 14, 2025
92501
$11.87
S2324P504718-15

