**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

**Plaintiff:** Enrique Rangel
**Defendant:** Valley Strong Credit Union

Case No.: _EDCV25-01845-SSS (ASx)_

## I. Personal Information
1. Are you currently incarcerated?
☐ Yes   ☑ No
2. Name: _Enrique Rangel_
Age: _62_   Marital Status: ☑ Single ☐ Married ☐ Divorced ☐ Widowed
3. Address: _756 Laurel Avenue_
City: _Arvin_   State: _CA_   ZIP Code: _93203_

## II. Employment Information
4. Are you currently employed?
☐ Yes   ☑ No

If yes:
• Employer: _____
• Monthly income (take-home pay): $_____
• How long employed: _____

If no:
• When were you last employed? _Feb 2015_
• Monthly income at that time: $ _4,000_
• Reason for unemployment: _Company fold due to the economy and I had to apply for permant disability since I was diagnost with Peripheral Neuropathy since 2001, and the disease only was getting worse. I was experiencing too much pain._

## III. Income and Assets
5. In the past 12 months, have you received income from any of the following sources? (check all that apply)

☐ Employment
☐ Self-employment
☐ Rent payments

☐ Interest or dividends
☒ Pension, annuity, or retirement  (SSI)
☒ Disability or workers' compensation
☒ Public assistance (welfare, SNAP)
☐ Other sources (explain): ☒ none

Total monthly income from all sources: $ 2,021.00
6. Do you own any of the following (individually or jointly)?
☒ Cash or bank accounts (total): $ 350.00
☐ Real estate (current value): $ 625.00
☐ Motor vehicles or other property (describe and value): _____

— 2008 Toyota Tundra (8 cylinder)     $12,000.00
— 2025 Rockwood RV (Forest River)    $60,000.00

### IV. Expenses and Debts
7. List your **monthly expenses**:

• Rent/Mortgage: $ 600.00
• Utilities: $ 50.00
• Food: $ 200.00
• Transportation: $ 100.00
• Medical costs: $ 0.0
• Other: _____ ($_____)

8. Do you owe anyone money?
☒ Yes    ☐ No
If yes, list type and amount owed:

• Credit cards: $ 18,800.00
• Loans: $ 60,000 for the RV
• Other debts: $ —

### V. Declaration

I declare under penalty of perjury that the information above is true and correct.
I understand that a false statement may result in dismissal of my claims and possible criminal prosecution.

Date: 7-14-25

Signature: [signature with thumbprint]

**Enrique Rangel**, Pro Se